UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80023-CR-Ryskamp/Hopkins

18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(a)(5)(B)

UNITED STATES OF AMERICA

vs.

JIMMY I. OLIVER,
a/k/a "muscelcars2001,"

Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.
FEB 0 3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about 2003, the exact date being unknown to the Grand Jury, through on or about August 17, 2005, in Palm Beach County, in the Southern District of Florida, the defendant,

**JIMMY I. OLIVER,**
a/k/a "muscelcars2001,"

did use, persuade, induce, entice, or coerce a minor, "H," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a digital

video entitled "H-1Video.wmv," such visual depiction having actually been transported in interstate or foreign commerce via computer from the Southern District of Florida to the District of Montana, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 2

From in or about 2003, the exact date being unknown to the Grand Jury, through on or about August 17, 2005, in Palm Beach County, in the Southern District of Florida, the defendant,

**JIMMY I. OLIVER,**
**a/k/a "muscelcars2001,"**

did knowingly and intentionally mail, transport, and ship in interstate and foreign commerce by any means including by computer, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), to an individual in Montana; in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

## COUNT 3

On or about January 20, 2006, in Palm Beach County, in the Southern District of Florida, the defendant,

**JIMMY I. OLIVER,**
**a/k/a "muscelcars2001,"**

did knowingly possess materials, that is, computer files stored on computer hard drives, that contained images of child pornography, as defined in Title 18, United States Code, Section

2256(8)(A), that were mailed, shipped, and transported in interstate and foreign commerce by computer; in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(1).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

*[signature]*
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**          CASE NO. _____

**vs.**

**JIMMY I. OLIVER,**                  **CERTIFICATE OF TRIAL ATTORNEY***

        **Defendant.** _____ /   **Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)        Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

___ Miami  ___ Key West
___ FTL  _X_ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days        _X_        Petty      ___
   II   6 to 10 days       ___        Minor      ___
   III  11 to 20 days      ___        Misdem.    ___
   IV   21 to 60 days      ___        Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _06-8014-AEV_
   Related Miscellaneous numbers: _06-8017-AEV (Search Warrant)_
   Defendant(s) in federal custody as of _01/20/06_
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes _X_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ___ Yes _X_ No

_____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500592

Penalty Sheet(s) attached                                       REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: _____JIMMY I. OLIVER_____

Case No. _____

**Count #1:**
Sexual exploitation of a minor, 18 U.S.C. §§ 2251(a), 2251(e)

*Max. Penalty: Mandatory minimum 15 years' imprisonment to 30 years' maximum, supervised release of up to life, and a $250,000 fine.

**Count # 2:**
Distribution of child pornography, 18 U.S.C. §§ 2252A(a)(1), 2252A(b)(1)

*Max. Penalty: Mandatory minimum 5 years' imprisonment to 20 years' maximum, supervised release of up to life, and a $250,000 fine.

**Count #3:**
Possession of child pornography, 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(1)

*Max. Penalty: 10 years' imprisonment, supervised release of up to life, and a $250,000 fine.

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

FGJ '05-02 (WPB)

J 02-027

No. 06-80023-CR-Roettlamp/Hopkins

# UNITED STATES DISTRICT COURT

__Southern__ District of __Florida__
__Northern__ Division

## THE UNITED STATES OF AMERICA

vs.

JIMMY I. OLIVER

## INDICTMENT

18 U.S.C. 2251(a)
18 U.S.C. 2252A(a)(1)
18 U.S.C. 2252A(a)(5)(B)

A true bill.

_____
Foreman

Filed in open court this 3rd day
of Feb, A.D. 20 06

_____
Clerk

Bail. $ _____

GPO 883 928