**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No.: 09-CV-80845-RYSKAMP/WHITE
06-CR-80023-RYSKAMP

JIMMY OLIVER,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

**THIS CAUSE** comes before the Court on the report of United States Magistrate Judge Patrick A. White **[DE 15]** entered on June 10, 2010.  Movant filed his objections **[DE 16]** on June 28, 2010.  This matter is ripe for adjudication.

Pending before Magistrate Judge White was movant's motion to vacate his sentence pursuant to 28 U.S.C. § 2255.  After reviewing the motion, briefs, and pertinent portions of the underlying criminal record, Magistrate Judge White recommended that the movant's motion to vacate his sentence be denied in its entirety.

The Court has considered the movant's objections and has conducted a *de novo* review of the report, applicable law, and pertinent portions of the record.  The Court finds the report to be well-reasoned and correct and the movant's objections to be meritless.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that

(1) The report of United States Magistrate Judge Patrick A. White **[DE 15]** be, and the same hereby is **RATIFIED**, **AFFIRMED** and **APPROVED** in its entirety;

(2) Movant's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 **[DE 1]**, filed in civil case 09-CV-80845-RYSKAMP/WHITE, is **DENIED**;

(3) Movant's motion for hearing **[DE 135],** filed in criminal case 06-CR-80023-RYSKAMP, is **DENIED**; and

(4) The Clerk of Court is directed to **CLOSE THIS CASE** (09-CV-80845-RYSKAMP/WHITE) and to **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 2 day of July, 2010.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE